Zaepfel v Town of Tonawanda (2024 NY Slip Op 02399)

Zaepfel v Town of Tonawanda

2024 NY Slip Op 02399

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, AND GREENWOOD, JJ.

53 CA 23-00344

[*1]JAMES A. ZAEPFEL, TONAWANDA PIRSON LLC, AND 95 PIRSON PARKWAY LLC, PLAINTIFFS-RESPONDENTS,
v
TOWN OF TONAWANDA, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

COLUCCI & GALLAHER, P.C., BUFFALO (PAUL G. JOYCE OF COUNSEL), FOR DEFENDANT-APPELLANT. 
GROSS SHUMAN P.C., BUFFALO (B. KEVIN BURKE, JR., OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered January 17, 2023. The order, among other things, denied defendant's motion to set aside the jury verdict. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Zaepfel v Town of Tonawanda ([appeal No. 2] — AD3d — [May 3, 2024] [4th Dept 2024]).
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court